IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SAVE THE YELLOWSTONE GRIZZLY, a Montana Non-Profit Corporation,<br><br>               Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF INTERIOR, FISH AND WILDLIFE SERVICE,<br><br>               Defendant. | CV 22-184-M-KLD<br><br><br>ORDER |

On September 13, 2023, Plaintiff Save the Yellowstone Grizzly filed a status report proposing a stipulated schedule for resolution of fees pursuant to 5 U.S.C. § 552(a)(4)(E)(ii). Accordingly, and good cause appearing,

IT IS ORDERED that if the parties do not reach an out-of-court settlement, the following briefing schedule will govern resolution of fees:

    Deadline for Plaintiff to file an
    opening brief pertaining to fees:          October 24, 2023

    Deadline for Defendant to file a
    Response brief:                           November 7, 2023

    //

Deadline for Plaintiff to file an
Optional reply brief:                    November 21, 2023

DATED this 13th day of September, 2023.

_____
Kathleen L. DeSoto
United States District Court