IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SAVE THE YELLOWSTONE GRIZZLY, a Montana Non-Profit Corporation,<br><br>　　　　　　Plaintiff,<br>　vs.<br><br>UNITED STATES DEPARTMENT OF INTERIOR, FISH AND WILDLIFE SERVICE,<br><br>　　　　　　Defendant. | CV 22-184-M-DLC-KLD<br><br>ORDER |

The parties having resolved the issue of attorney's fees in the above captioned matter and stipulated to dismissal of this case with prejudice, and good cause appearing,

IT IS ORDERED that this case is hereby DISMISSED WITH PREJUDICE, pursuant to the parties Stipulated Fee Settlement Agreement (Doc. 37).  The Clerk of Court is directed to CLOSE the case.

DATED this ____ day of _____, 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge