IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SAVE THE YELLOWSTONE GRIZZLY, a Montana Non-Profit Corporation,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF INTERIOR, FISH AND WILDLIFE SERVICE,<br><br>　　　　　　Defendant. | CV 22-184-M-KLD<br><br><br>ORDER |

    The parties have filed a Stipulated Fee Settlement Agreement (Doc. 37). The parties request that the Court dismiss the above-captioned matter with prejudice, with Federal Defendants paying the lump sum of $12,000 in full and complete satisfaction of any and all claims, demands, rights, and causes of action pursuant to the FOIA, 5 U.S.C. § 522, and any other statute or common law theory, for all attorney's fees, costs, and expenses incurred by Plaintiff in this litigation. Accordingly, and good cause appearing,

//

//

//

//

IT IS ORDERED that this case is DISMISSED WITH PREJUDICE, pursuant to the parties Stipulated Fee Settlement Agreement (Doc. 37). The Clerk of Court is directed to close the case.

DATED this 29th day of March, 2024.

_____
Kathleen L. DeSoto
United States District Court