UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SAVE THE YELLOWSTONE GRIZZLY,<br><br>                Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF INTERIOR, FISH AND WILDLIFE SERVICE,<br><br>                Defendants. | Case No. CV-22-184-M-KLD<br><br>JUDGMENT IN A CIVIL CASE |

**Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED that this case is DISMISSED WITH PREJUDICE.

Dated this 29th day of March, 2024.

                              TYLER P. GILMAN, CLERK

                              By: /s/ Annie Puhrmann
                              Annie Puhrmann, Deputy Clerk